TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
LYNN HARADA [C.S.B.N. 267616]
Special Assistant United States Attorney
     Social Security Administration, Region IX
     160 Spear St., Suite 800
     San Francisco, CA 94105
     Telephone: 510-970-4820
     Facsimile: 415-744-0134
     e-mail: Lynn.Harada@ssa.gov
Attorneys for Defendant

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| TERESA AGUILAR,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:21-cv-08247-MEMF-SK<br>JUDGMENT OF REMAND |

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  March 7, 2022

                                         HON. STEVE KIM
                                         UNITED STATES MAGISTRATE JUDGE