ANDREW T. KOENIG, State Bar No. 158431
Attorney at Law
93 S. Chestnut Street, Suite 208
Ventura, California 93001
Telephone: (805) 653-7937
Facsimile: (805) 653-7225
E-Mail: andrewtkoenig@hotmail.com

Attorney for Plaintiff Teresa Aguilar

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| TERESA AGUILAR,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CASE NO. CV-21-08247-SK<br><br>[PROPOSED] ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

//////

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of THREE-THOUSAND FIVE-HUNDRED TWENTY-FOUR DOLLARS and FIFTEEN CENTS ($3,524.15), and ZERO DOLLARS ($0) in court costs, subject to the terms of the Stipulation.

Dated: May 27, 2022

_____
STEVE KIM, U.S. MAGISTRATE JUDGE

1